# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| KELSEY BECHTEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED § § § § Plaintiff, § § v. § § LOVES RESIDENTIAL REALTY LLC § § Defendant. § | CIVIL ACTION NO. 4:19-CV-00884-RWS-CAN |

## FINAL JUDGMENT

Pursuant to the Court's order granting voluntary dismissal in this matter, the Court hereby enters Final Judgment.  Accordingly, it is

**ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT**.  All costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

**SIGNED this 3rd day of January, 2020.**

*Robert W. Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE